# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM M. WINDSOR | ) |
| | ) |
| Plaintiff, *pro se* | ) |
| | ) |
| | ) |
| v. | ) Civil Case No. 10-0197 (RJL) |
| | ) |
| JUDGE ORINDA D. EVANS, *et al.* | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER
(March 22, 2010)

The *pro se* plaintiff in this case filed suit seeking equitable relief against a number of federal officials from all three branches of government. On February 17, 2010, the Court denied plaintiff's motion for emergency injunctive relief and dismissed his complaint. Since that time, he has continued to file motions which seek to elaborate on or pursue the claims which this Court has already dismissed; at the same time, he has filed an appeal of the dismissal order. Plaintiff's conduct is not surprising in light of his history – he brought suit in this Court because he was dissatisfied with another federal judge's denial of *sixty-two* post-judgment motions which he had filed in a case before her.

Plaintiff's repeated filings in this case, all of which are frivolous and some duplicative, add undue burden on the Court's attempt to administer justice in an orderly and expeditious manner. "[W]hen a plaintiff files complaints or motions that

1

are frivolous, harassing, or duplicative of prior filings," our jurisdiction has held that "[i]njunctive remedies may be appropriate." *Mikkilineni v. Penn Nat'l Mut. Cas. Ins. Co.*, 271 F. Supp. 2d 142, 148 (D.D.C. 2003) (citing *Urban v. United Nations*, 768 F.2d 1497, 1500 (D.C. Cir. 1985)). Accordingly, it is hereby

**ORDERED** that plaintiff is enjoined from submitting any additional filings in this matter. Additionally, it is hereby

**ORDERED** that plaintiff is prohibited from filing any new complaints in this district. Before filing any new complaints in the United States District Court for the District of Columbia, the plaintiff must seek and obtain approval from the Chief Judge of this Court. To seek approval, the plaintiff must file a motion captioned "Application Pursuant to Court Order Seeking Leave to File." The motion must include a copy of this order, the proposed complaint, and any complaints, dismissal orders, and injunctions filed in cases with related claims or the same defendants. The motion must also include certification by the plaintiff that the claims in the proposed complaints are new claims never disposed of on the merits by any federal court and not pending in any federal court. The plaintiff must also certify that the claims are not filed in bad faith. It is further

**ORDERED** that failure to comply with this Order may result in sanctions.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge